UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONALD HATTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00253-JRS-MPB ) |
| CSX TRANSPORTATION, INC., | ) ) |
| Defendant. | ) ) |

**JUDGMENT**

All claims asserted by Plaintiff Donald Hatton against Defendant CSX Transportation, Inc., are **dismissed with prejudice**. Plaintiff shall take nothing by way of his complaint and this action is dismissed. This is a **final judgment** under Fed. R. Civ. P. 58. The case is closed.

Date: ___3/21/2022___

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record: